UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| DAHUA TECHNOLOGY USA INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 18-cv-11147 |
| FENG ZHANG, | ) ) | |
| Defendant. | ) ) ) | |

## JUDGMENT

In accordance with this Court's January 9, 2020 Memorandum of Decision & Order and the Order dated February 19, 2019, it is hereby ORDERED:

1. On Count I of Plaintiff Dahua Technology USA Inc.'s ("Dahua") Complaint dated May 31, 2018 (declaratory judgment of contract unenforceability), judgment shall enter for Dahua and against Defendant Feng Zhang ("Zhang"). Paragraph 1 of the August 28, 2017 Severance Agreement between Dahua and Zhang is unenforceable.

2. On Count II of Dahua's Complaint (declaratory judgment of contract reformation), judgment shall enter for Dahua and against Zhang. Paragraph 1 of the August 28, 2017 Severance Agreement between Dahua and Zhang is reformed as follows:

    1. <u>Payments</u>. In consideration for your execution, non-revocation and compliance with this Agreement, the Company agrees to pay you severance in the total amount of $680,000, paid in equal monthly installments of $42,500 over the sixteen (16) months following the offer termination Date (the "Severance Period"), payable subject to standard payroll deductions and withholdings on the Company's ordinary payroll

dates over the Severance Period, beginning no later than the Company's second payroll date that occurs after the Effective Date (as defined below), provided the Company received the executed Agreement from you by such date, with the remaining installments after that occurring on the Company's regularly scheduled payroll dates. Such payment can be accelerated upon your request, and you will be responsible for any tax associated with the payment, including any tax required under Section 409A of the Internal Revenue Code, as amended, and the regulations and other guidance thereunder and any state law of similar effect.

3. On Count III of Dahua's Complaint (breach of the implied covenant of good faith and fair dealing), judgment shall enter for Dahua and against Zhang.

4. On Count I of Zhang's Amended Counterclaim dated September 12, 2018 (breach of contract), judgment shall enter for Dahua and against Zhang.

5. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED:

/s/ Rya W. Zobel

Rya W. Zobel
Senior United States District Judge

DATE: February 19, 2020