# EXHIBIT K

**ODED SHENKAR CURRICULUM VITAE**

**Ford Motor Company Chair in Global Business Management**
**Professor of Management and Human Resources**
**Academic Director, National Center for the Middle Market**
**Member, East Asian Studies Center/ Institute for Chinese Studies**
**Fisher College of Business, The Ohio State University**

| **Address:** | **Contact:** |
|---|---|
| Fisher College of Business | Phone:  (614) 292-0083 |
| The Ohio State University | Fax:     (614) 292-7062 |
| 2100 Neil Avenue | E-mail: shenkar.1@osu.edu |
| Columbus, OH 43210, USA | |

**Languages:**    English, Hebrew, French, some Chinese

**Member:**    Academy of International Business (AIB)
Academy of Management (AOM)
International Association of Chinese Management Researchers (IACMR)

**EDUCATION**

1981    Ph.D., Columbia University: Sociology, dissertation committee members from
Sociology, the Graduate School of Business & the East-Asian Institute

Qualification: organization theory (distinction), comparative management, China

Dissertation: "The Confucian Ethic and the Spirit of Bureaucracy"

1979    M. Phil., Sociology, Columbia University

1978    MSc.soc, Sociology, The Hebrew University of Jerusalem (cum-laude)

1976    B.A., East-Asian (Chinese) Studies, and Sociology, The Hebrew University of
Jerusalem (cum-laude)

1

**ACADEMIC EXPERIENCE**

| | |
|---|---|
| 2015-present | Academic Director, National Center for the Middle Market, Fisher College of Business, The Ohio State University |
| 1999-present | Ford Motor Company Chair in Global Business Management (inaugural) Professor of Management and Human Resources, Fisher College of Business; member of the East Asian Studies Center/ China Institute, The Ohio State University |
| 1990-1999 | Professor of International Management, College of Business Administration and Center for Chinese Studies, University of Hawaii |
| 1983-1999 | Lecturer to Full Professor, Graduate School of Business, Tel-Aviv University |
| 1982-1983 | Lecturer, Industrial Engineering & Management, Ben-Gurion University |
| 1981-1982 | Lecturer, Graduate School of Public Administration, New York University |
| 1977-1981 | Researcher, Truman Institute, the Hebrew University of Jerusalem |

**Visiting Positions** (sample)

The Chinese University of Hong Kong

Hong Kong University of Science & Technology

International University of Japan

University of Cambridge

Peking University

University of International Business and Economics (China)

2

**TEACHING**

B.A., BSc, MBA, M.A., MSc, EMBA, PhD/ DBA, Executive Programs, Customized Company Programs, Government Sponsored Programs, experiential classes in cooperation with firms and governments

**EDITORIAL RESPONSIBILITIES**

Management and Organization Review: Senior Editor [2008-2010, 2013-present];
Consulting Editor [2004-2007]

Guest Editor for special issues, various journals

Editorial Board Membership

- Academy of Management Executive [2000-2006]
- China Review International (Advisory Board) [1995-1997]
- Human Relations [1999 –2006]
- International Journal of Cross-Cultural Management [launch (2000 - present]
- International Studies of Management and Organization (ISMO) [2020-present]
- Journal of International Business Studies [1994 - 2008]
- Journal of International Management [2000 – present]
- Journal of Management Inquiry (Dialog) [1995 - 2000]
- Management and Organization Review [2004-2010; presently on Editorial Advisory Board]
- Management International Review [1993 - 2014]
- Multinational Business Review (Advisory Board) [2003 – present]
- Organization Studies [1993 - 2006]
- Sage Series in International Business [1996 - 1999]
- Thunderbird International Business Review [1998 – 1999; 2006 - 2010]

**ADMINISTRATIVE / OUTREACH**

2015-present    Academic Director, National Center for the Middle Market, Ohio State University

1999-present    International Business Area Head, Fisher College of Business, Ohio State University

2007-2009    Vice President and Board Member, Academy of International Business

2006-2008    Member of the Board, International Association of Chinese Management Researchers

3

| 2007-2008 | Executive Committee member, Fisher College of Business, Ohio State University |
| 2006-2007 | Oversight Committee Member, Mershon Center, Ohio State University |
| 1998-2010 | Member of the Council of Business Development & Integration Executives (M&A), The Conference Board |
| 1996-1999 | International Business Area Head, Director-international exchange, Tel-Aviv University |
| 2005-2017 | Appearances before US-China Economic & Security Review Commission (US Congress) |
| 2005 | Appearance before the Western Governors Association |
| 1990-present | Expert witness assignments |

+ Corporate Advisory Boards, corporate and community presentations are not listed in this document

## ACADEMIC HONORS

| 2021 | Advisory Board member, Africa-Asia Centre for Sustainability, University of Aberdeen |
| 2019 | JIBS Gold Medal for Scholarly Contributions to International Business |
| 2019 | President's list of OSU internationally recognized Ohio State University scholars |
| 2018 | Distinguished Scholarly Contribution Award, International Association of Chinese Management Researchers (IACMR) |
| 2016 | Distinguished Honorary Professorship, Sun Yat-sen (Zhongshan) University |
| 2013-2015 | Distinguished Honorary Professorship, Sun Yat-sen (Zhongshan) University |
| 2012 | Founding Member of the Global Corporate Culture Research Center (GCCRC) |
| 2011 | Decade Best Paper Award, JIBS |
| 2008-2011 | Outstanding Paper Awards, Emerald Literary Network |
| 2010 | Keynote speaker, China Global Conference, Kennedy School, Harvard University |
| 2010 | Honorary Professorship, Xi'an Jiaotong University (China) |
| 2010 | Honorary Professorship, Xi'an University of Architecture & Technologies (China) |
| 2009 | Best Paper Nominations, Academy of International Business Annual Meeting |

4

2006          Academy of International Business: Elected Vice President & Program Chair

2004          Academy of International Business: Elected Fellow

2002          International Association of Chinese Management Research: Representative-at-Large

2002          International Journal of Organizations Research: Appointed Consulting Editor

2002          Hong Kong institute of Business Studies, Lingnan University (Hong Kong): Member of
              the Advisory Board

2002          The Conference Board: Invited to join the newly formed Council for Business
              Development and Integration Executives

2001          Journal of Business Research: Rated first among Chinese management scholars

2000          The Conference Board: Invited to the Working Group on mergers & acquisitions

2000          Center for Human Resources and Strategic Development, Zhejiang University:
              Appointed member of the Academic Advisory Board

1999          Hang Lung Center for Organizational Research at the Hong Kong University of Science
              and Technology: Appointed to the Academic Board

1997          Journal of International Management: Top 30 international strategy scholars

1997          INFORMS Committee Review of *Organization Science*: One of 300 most prolific top
              journal authors in management over the prior ten years

1995          Judge Institute of Management, University of Cambridge: First Arthur Andersen Fellow

1995          Lingnan University, Hong Kong: Appointed Visiting Examiner in Management.

1994-1997     Chinese University of Hong Kong: Appointed External Examiner of Undergraduate
              Programs in Management

1978          Columbia University: Distinction in Organization Theory

1977-1981     Truman Institute: Research Fellowships

1975-1977     Hebrew University: Awarded Graduate Fellowships

**MEDIA**

**Print Publications**
Wall Street Journal (European and Asian editions)
New York Times
Financial Times
Los Angeles Times
Chicago Tribune
Washington Post
USA Today
The Boston Globe
Dallas Morning News
San Jose Mercury
International Herald Tribune
Daily Mail (UK)
L' Express (France)
Liberation (France)
Business Times (France)
Guardian (UK)
The Independent (UK)
Irish Times (Ireland)
Die Welt (Germany)
Business Week
Compass Magazine
Forbes
The Economist
Time Magazine
Chief Executive Magazine
Xinhua (China's News Agency)
The China Business Weekly
The China Daily
Caixin (China)
The Economic Times (India)
Nikkei Financial Daily (Japan)
Economic Times (India)
The Australian
RIA Novosti News Agency (Moscow)
Russian Journal
Reuters
Associated Press
Columbus Dispatch
Business First
Career Times
Multiple Online venues

**Radio** (sample)
Voice of America, CNN, NPR, WHNZ, KCSN, WOSU, WFNF, KPSI (ABC), Chicago Public radio, Oregon Public Radio, Radio Berlin, Australian Broadcasting Corporation, Russian Radio, China Radio International

**TV** (sample)
ABC (US), ABC (Australian Broadcasting Corporation), BBC, Bloomberg, CBC (Canada), CCTV (China Central Television)/ CGTN (China Global Television Network), CNN, Reuters, RT (Russia Today), Turkish Television, TV Korea, WOSU


**GRANTS**

2017-21 Mershon Center, with Ilgaz Arikan and Chengguang Li (US$40,000)

2000-17 OSU CIBER – four consecutive $1,000,000 + CIBER rounds

2012-3  Mershon center, with Ilgaz Arikan (US$30,000)

2012-3  OSU CIBER, Global Competence Award, with Ilgaz Arikan, (US$6000)

2011    OSU CIBER, Global Competence Award (US$5,000)

2011    Prosper Foundation, Data Grant Award (US$40,000 equivalent)

2010    OSU CIBER Global Competence Award (US$4,000)

2008    US – Israel Bi-national Science Foundation (with A. Fiegrnbaum, S. Lev (US$60,000)

2007    OSU CIBER Global Competence Award, with M. Makhija (US$6,000)

2007    OSU CIBER Global Competence Award (US$6,000)

2006    Hong Kong Research Grant Council (RGC), with Y. Gong and Y. Luo (HK$609,000)

2006    US Department of Commerce, contribution to CIBER proposal (US$1.5 million/4 years)

2005-6  OSU CIBER Global Competence Award (US$4,500)

2005-6  OSU CIBER Global Competence Award (US$12,000)

2004    State of Ohio, Real Estate Commission, with Ilgaz Arikan (US$43,650)

2004    OSU CIBER: Global Competence Award (US$4,500)

2004    OSU CIBER: Global Competence Award, with Anil Makhija) (US$12,000)

7

2003    OSU CIBER: Global Competence Award (US$8,500)

2002    Hong Kong Government Research Grant Council, with J.T. Li) (HK$598,000)

2002    PricewaterhouseCoopers (IBM) (US$15,000)

2001/2  OSU CIBER: Global Competence Award (US$8,000)

2000    OSU CIBER Global Competence Award (US$5,000)

1999    Mershon Center, Ohio State University (US$20,000)

1998    US Dept. of Commerce, contribution to multi-million dollar CIBER proposal

1995    University of Hawaii CIBER, with M. Peng and J.T. Li, US$10,000)

1993    University of Hawaii CIBER, with J.T. Li (US$10,000)

1991    University of Hawaii-CIBER, with D. C. Bangert & E. Bailey (US$10,000)

1990    The Chinese University of Hong Kong, with M.K. Nyaw

1987-8  The Chinese University of Hong Kong

1987    Jerusalem Institute for Israel Studies

1987    Israel Institute of Business Research, Tel-Aviv University

1986    Center for Entrepreneurial Studies, New York University, with S. Ronen

1985    Multinational Enterprises Program, International Labor Office (ILO), with Y. Zeira

1983-6  Israel Institute of Business Research, with E. Yuchtman-Yaar, Y. Zeira


**CONSULTING** (sample)

Amiad Water Systems
AWT Technologies
Battelle
Bank Leumi
China National Offshore Oil Corporation (CNOOC)
Citigroup
Diamond Power International (A Babcock & Wilcox division)
Geely/ Volvo
Insightec

Lehman
Netafim
PIC
Sinopec
State of Hawaii
Strauss-Elite
Syngenta/ Zeraim Gdera,
Tivall
United States Postal Service (USPS) / OIG
Univerve
Wal-Mart Stores
Scott


# PUBLICATIONS

**Citation Count:** Google Scholar, as of May 18, 2021

*h-index 55; i-10 index 105
*Citation count: 19,968 (6,420 since 2016)
*Most cited: Shenkar 2001 (2,362); Ronen & Shenkar 1985 (2,306); Xu & Shenkar 2002 (1,305)
*Gold Medal for scholarly contributions to international business (AIB/JIBS 2019)
*Distinguished Scholarly Contribution to Chinese Management Research (IACMR 2018)
*Highest combined ranking in culture articles [#3 and #7] (BAR, 2017)
*Top three worldwide in number of JIBS articles (JIBS, 2017)
*JIBS Decade Award (JIBS, 2012)


# 1. BOOKS, EDITED VOLUMES & MONOGRAPHS

1.30    Shenkar, Oded, Luo, Yadong, and Chi, Tailan, **International Business.** Routledge, 2021 (4th Edition, forthcoming)

1.29    Ronen, Simcha, and Shenkar, Oded, **Navigating Global Business: A Cultural Compass**, Cambridge University Press, 2017

1.28    Sio, Benjamin, Gootman, Marek, Shenkar, Oded, and Stewart, Thomas A., **Accelerating Exports in the Middle Market: Global opportunities for US firms and Metro Areas.** Brookings Institute and the National Center for the Middle Market, 2016

1.27    Shenkar, Oded, Luo, Yadong, and Chi, Tailan, **International Business**. Routledge, 2014 (3rd Edition; 2020)

1.26    Dickson, Henry C., and Shenkar, Oded. **The Great Deleveraging: Economic Growth and Investment Strategies for the Future.** Financial Times Press, 2011 (Chinese edition, 2013)

9

1.25    Shenkar, Oded, **Copycats: How Smart Companies Use Imitation to Gain a Strategic Edge.** Harvard Business Press, 2010 (eleven foreign language editions; numerous media citations and reviews, including the *Economist* and *Financial Times*)

1.24    Shenkar, Oded, and Luo, Yadong, **International Business**. Thousand Oaks, CA: Sage Publications, 2008 (second edition)

1.23    Shenkar, Oded, **The Chinese Century**, Wharton School Publishing, 2006 (revised paperback edition)

1.22    Shenkar, Oded, and Reuer, Jeff (Editors), **The Handbook for Strategic Alliances**. Thousand Oaks, CA: Sage, 2005

1.21    Yehezkel, Orly, and Shenkar, Oded, **International Management**. Tel-Aviv, Israel: The Open University, 2005 (in Hebrew)

1.20    Shenkar, Oded, **The Chinese Century**. Wharton School Publishing, 2004 (twelve foreign language editions; numerous citations, including the *New York Times*, The *Economist*, Tom Friedman's *The World is Flat*)

1.19    Punnett, Betty Jane and Shenkar, Oded, **Handbook for International Management Research** (second edition). Ann Arbor, Michigan: The University of Michigan Press, 2004

1.18    Shenkar, Oded, and Luo, Yadong, **International Business**. Hoboken, NJ: John Wiley, 2004

1.17    Shenkar, Oded, **Public-Private Strategic Partnerships: The US Postal Service-Federal Express Alliance**. IBM Endowment for the Business of Government, 2003

1.16    Shenkar, Oded and Lewicki, Roy (Senior Editors), **Olin: an American Insurance Company in China** (Negotiation Simulation, written by Maureen McGuire), 2003

1.15    Shenkar, Oded, and Feigenbaum, Avi (coordinators). Country Close-Up: Israel, **Academy of Management Executive**, vol. 15, No. 1, 2001

1.14    Shenkar, Oded, and Bruton, Garry (coordinators). Country Close-Up: China, **Academy of Management Executive**, vol. 14, No. 1, 2000

1.13    Shenkar, Oded, and Serapio, Manuel G. (Editors). Tamed Tigers: Restructuring, Liberalization, and Changing Business Systems in the East Asian Economies. Special Issue of **Management International Review**, Volume 39, No. 4, 1999

1.12    Punnet, Betty Jane, and Shenkar, Oded (Editors). **Handbook for International Management Research.** Oxford, U.K.: Blackwell, 1996

1.11    Shenkar, Oded (Editor). **Global Perspectives on Human Resource Management.** New York, NY: Prentice Hall, 1995

1.10    Punnet, Betty Jane, and Shenkar, Oded (Editors).  International Management Research.  Special double Issue of **International Studies of Management and Organization**, Vol. 2, 1994

1.9    Shenkar, Oded.  **From Beijing to Jerusalem:  Pitfalls of a Hybrid Economy.**  Institute for Advanced Strategic and Political Studies, Jerusalem, Israel (Monograph in Hebrew and English), 1994

1.8    Fass, Yaacov, with Raz, Yaacov, Ben-Yossef, Abraham, Shenkar, Oded, alpeter, Reuven, and Blumenthal, Tuvia. **The Japan Business Guide**. Tel-Aviv: Israel Export Institute, 1993 (in Hebrew)

1.7    Kelley, Lane and Shenkar, Oded (Editors). **International Business in China**. London: Routledge, 1993 (Routledge's Series in International Business)

1.6    Shenkar, Oded (Editor). **Organization and Management in China 1979-1990**. Armonk, NY: M.E. Sharpe, 1991 (based on 1.4 and 1.5).  Reviewed in the China Quarterly, the Journal of Chinese Studies: A Quarterly Review, and the Journal of Business History, among others

1.5    Shenkar, Oded (Editor). Management in China: Foreign Affiliates and Trade. Special Issue of **International Studies of Management and Organization**.  Vol. 20, No. 2, Summer, 1990

1.4    Shenkar, Oded (Editor). Management in China: Domestic Challenges. Special Issue of **International Studies of Management and Organization**. Vol. 20, No. 1, Spring, 1990.

1.3    Zeira, Yoram and Shenkar, Oded (Editors). Human Resource Management in International Joint Ventures.  Special Issue of **Management International Review**, Spring 1990

1.2    Ronen, Simcha and Shenkar, Oded. **Entrepreneurship in a Planned Economy: The Case of the People's Republic of China**. Center for Entrepreneurial Studies, New York University, 1987 (Monograph)

1.1   Zeira, Yoram and Shenkar, Oded.  **Patterns of Decision Making in Wholly Owned Subsidiaries and International Joint Ventures**: The International Labor Office, Geneva, 1986 (Monograph Series)


## 2. JOURNAL ARTICLES

2.128    Arikan, Ilgaz, and Shenkar, Oded. Neglected Elements: What We Should Cover More of in International Business Research, **Journal of International Business Studies** (conditional acceptance)

2.127    Shenkar, Oded, Liang, Guoyong, and Shenkar, Rakefet, The Last Frontier of Globalization: Trade

and Foreign Direct Investment in Healthcare. **Journal of International Business Studies** (forthcoming)

2.126   Wang, Hao, Zhang, Yuping, and Shenkar, Oded, Agricultural Roots and Subnational Cultural Heterogeneity in Domestic Acquisitions, **Strategy Science,** special issue on strategy and culture (forthcoming)

2.125   Li, Chengguang, Shenkar, Oded, Newburry, William, and Tang, Yinuo, How Host Country Reputation Differentials Influence Market Reaction to International Acquisitions, **Journal of Management Studies** (forthcoming)

2.124   Shenkar, Oded, Using Interdisciplinary Lenses to Enrich the Treatment of Culture in International Business, **International Business Review,** Anniversary Issue, 30, 2 (forthcoming)

2.1223  Shenkar, Oded, Tallman, Stephen B., Wang, Hao, and Wu, Jie, National Culture and International Business: A Path Forward. **Journal of International Business Studies** (forthcoming)

2.122   Arikan, Ilgaz, Ipek, Koparan, Arikan, Asli, and Shenkar, Oded, Dynamic Capabilities and Internationalization of Authentic Firms: Role of Heritage Assets, Administrative Heritage, and Signature Processes, **Journal of International Business Studies**, special issue on dynamic capabilities (forthcoming)

2.121   Tallman, Stephen B., Shenkar, Oded, and Wu, Jie, Culture Eats Strategy for Breakfast: Use and Abuse of Culture in International Strategy Research, **Strategic Management Review** (forthcoming)

2.120   Choi, Jongmoo Jay, Li, Yuanzhi, Shenkar, Oded, and Zhang, Jian, Internal Governance and Corporate Fraud, **Journal of Accounting, Auditing and Finance** (forthcoming)

2.119   Shenkar, Oded, ISMO and International Business: Past and Future. **International Studies of Management and Organization,** 50, 4, 2021 **(**Anniversary Issue), 300-302

2.118   Cooper, Joseph T., Stanley, Laura J., Stevens, Charles E., Shenkar, Oded, and Kausch, Caterina, Switching Analytical Mindsets: A Person-Centered Approach to the Analysis of Cultural Values, **International Journal of Cross-Cultural Management**, 20, 2, 2020, 223-247

2.117   Li, Chengguang, Arikan, Ilgaz, Arikan, Shenkar, Oded, and Arikan, Asli, The Impact of Country-Dyadic Military Conflicts on Market Reaction to Cross-Border Acquisitions. Lead article in the **Journal of International Business Studies**, 51, 3, 2020, 299-325.

2.116   Arikan, Ilgaz, Arikan, Asli M., and Shenkar, Oded, Nation Dyadic History and Cross-Border Corporate Deals: Role of Conflict, Trade, Generational Distance, and Professional Education. **Strategic Management Journal**, special issue on history and strategy, 41, 3, 2020, 422-466.

2.115   Zaidman, Nurit, Itzhaki, Rinat, and Shenkar, Oded, "When Context Trumps Culture: Persuasion in International Business Disputes, Lead article in the **International Journal of Cross-Cultural Management**, 18, 3, 2019, 271-292.

2.114   Golesorkhi, Soogand, Mersland, Roy, Randoy, Trond, and Shenkar, Oded, The Performance Impact of Informal and Formal Institutional Differences in Cross-Border Alliances: The Case of the Microfinance Industry, **International Business Review,** 28, 1, 2019, 104-118.

2.113   Drori, Israel, Manos, Ronny, Santacreu-Vasut, Estefania, Shenkar, Oded, and Shoham, Amir, Language and Market Inclusivity for Women Entrepreneurship: The Case of Microfinance, **Journal of Business Venturing**, 33, 2018, 395-415.

2.112   He, Shaowei, Khan, Zaheer, and Shenkar, Oded, Subsidiary Capability Upgrading under Emerging Market Acquirers, **Journal of World Business**, 53, 2, 2018, 248-262.

2.111   Li, Chengguang, Brodbeck, Felix C., Shenkar, Oded, Ponzi, Leonard J., and Fisch, Jan Hendrik, Embracing the foreign: Cultural Attractiveness and Country Reputation, Foreign Direct Investment, and Cross-Border Acquisition Performance, **Strategic Management Journal**, 38, 4, 2017, 950-971.

2.110   Shenkar, Oded, Management with Chinese Characteristics, Lead article in the **Quarterly Journal of Management**, 1, 1, 2017, 1-11 (in Chinese).

2.109   Lim, Jongha, Makhija, Anil K., and Shenkar, Oded, The Asymmetric Relationship between National Cultural Distance and Target Premiums in Cross-Border M&A, **Journal of Corporate Finance**, 41, 2016, 542-571.

2.108   Koch, Pamela, Koch, Bradley, Menon, Tanya, and Shenkar, Oded, Cultural Friction in Leadership Beliefs and Foreign Invested Enterprise Survival, **Journal of International Business Studies,** 47, 4, 2016, 453-470 (also featured in *LSE Business Review*)

2.107   Zoogah, David, Noe, Ray, and Shenkar, Oded, Shared Mental Model, Team Communication, and Collective Self-Efficacy; An Investigation of Strategic Alliance Team Effectiveness, **International Journal of Strategic Business Alliances**, 4, 4, 2015, 244-270

2.106   Choi, Jongmoo Jay, Shenkar, Oded, and Jiang, Cao, The Quality of Local Government and Firm Performance: The Case of China's Provinces. **Management and Organization Review**, 11, 4, October 2015, 679-710. Reprinted in *Management Insights* (IACMR/ Fudan University)

2.105    Khan, Zaheer, and Shenkar, Oded, Knowledge Transfer from International Joint Ventures to Local Suppliers in a Developing Economy, **Journal of International Business Studies**, 46, 6, 2015, 656-675

2.104   Santacreu Vasut, Estefania, Shenkar, Oded, and Shoham Amir, Linguistic Gender Marking and its International Business Ramifications, **Journal of International Business Studies**

13

(RN), 45, 9, 2014, 1170-1178. Reprinted in M.Y. Brannen & Terry Mughan, **Language in International Business**, UK: Palgrave Macmillan, 2017, 194-208.

2.103    Arikan, Ilgaz, and Shenkar, Oded, National Animosity and Cross-Border Alliances, Lead article in the **Academy of Management Journal**, 56, 6, 2013, 1516-1544

2.102    Ronen, Simcha, and Shenkar, Oded, Mapping World Cultures: Cluster Formation, Sources and Implications, Lead Article in the **Journal of International Business Studies**, 44, 9**,** 2013, 867-897

2.101    Zeng, Yuping, Shenkar, Oded, Lee, Seung-Hyun, and Song, Sangcheol, FDI Experience Location and Subsidiary Mortality: Differences in national culture and the expansion of Korean MNEs, **Management International Review**, 53, 3, 2013, 477-509

2.100    Zeng, Yuping, Shenkar, Oded, Lee, Seung-Hyun, and Song, sangcheol, Cultural Differences, the MNE Learning Ability, and the Effect of Experience on Subsidiary Mortality in a Dissimilar Culture: Evidence from Korean MNEs, **Journal of International Business Studies**, 44, 1, 2013, 42-65

2.99     Stevens, Charles, and Shenkar, Oded, The Liability of Home: Institutional Friction and Firm Disadvantage Abroad, **Advances in International Comparative Management**, 25, 2012,127-148.

2.98     Shenkar, Oded, Beyond "Cultural Distance:" Switching to a friction Lens in the Study of Cultural Differences, **Journal of International Business Studies**, 43 (1), 2012, 12-17, Retrospective on my Decade Award Paper, reprinted in this issue.

2.97     Ma, Rong, Huang, Yen-Chih, and Shenkar, Oded, Social Networks and Opportunity Recognition: A Cultural Comparison between Taiwan and the United States, **Strategic Management Journal**, 32 (11), 2011, 1183-1205.

2.96     Luo, Yadong, and Shenkar, Oded, Toward a Perspective of Friction in International Business. Lead article in **Journal of International Management**, 17, 2011, 1-14.

2.95     Shenkar, Miriam, and Shenkar, Oded, Labor Conflict on the National Stage: Metaphorical Lenses in Israel Teachers' Strike. **Comparative Education Review**, 55, 2, 210-230, May 2011.

2.94     Shenkar, Oded, Copycats: how smart companies use imitation to gain a strategic edge. **Strategic Direction**, Viewpoint Section, 26 (10), 2010, 3-5.

2.93     Shenkar, Oded, Imitation Strategy, **Harvard Business Review [**Chinese Edition], Interview Format, September 2010.

2.92     Shenkar, Oded, Imitate More, Innovate Less. **Harvard Business Review,** Defend Your Research (Interview Format) Section, April 2010, 28-29.

14

2.91   Shenkar, Oded, and Arikan, Ilgaz, Business as International Politics: Drawing Insights from nation-State to Inter-Firm Alliances. Lead article in **Business and Politics**, 11 (4), 2009, 1-31.

2.90   Shenkar, Oded, Becoming Multinational: Challenges for Chinese Firms. **Journal of Chinese economic and Foreign Trade Studies**, 2 (3), 2009, 149-162.

2.89   Yeheskel, Orly and Shenkar, Oded, Knowledge Flows in International Business: A JIBS Citation Analysis. **EuroMed Journal of Business**, 4 (2), 2009, 111-126. Also a chapter in S. Mariano, M. Mirghani and M. Qadir (eds.), The Role of Expatriates in MNC's Knowledge Mobilization, Emerald, 2011.

2.88   Lee, Seung-Hyun, Shenkar, Oded, and Li, J.T., Cultural Distance, Investment Flow, and Control in Cross-Border Cooperation (Research Note), **Strategic Management Journal**, 29 (10), 2008, 1117-1125.

2.87   Shenkar, Oded, Luo, Yadong and Yeheskel, Orly, From Distance to Friction:  Substituting, Metaphors and Redirecting intercultural research, **Academy of Management Review**, 33 (4), 2008, 905-923. Special Theory Forum on "International Management: Critique and New Directions".

2.86   Luo, Yadong, Shenkar, Oded, and Haresh, Gunani, Control-Cooperation Interfaces in Global Strategic Alliances:  A Situational Typology and Strategic Responses, **Journal of International Business Studies**, 39 (3), 2008, 428-453.

2.85   Brock, David, Shenkar, Oded, Shoham, Amir, and Siskocick, Ilene C., National culture and expatriate deployment, **Journal of International Business Studies**, 39 (3), 2008, 1-18.

2.84   Gong, Yaping, Shenkar, Oded, Luo, Yadong, and Nyaw, Mee-Kau, Do multiple parents help or hinder international joint venture performance? The mediating roles of contract completeness and partner cooperation, **Strategic Management Journal,** 28 (10), 2007,1021-1034.

2.83   Selmer, Jan, Chiu, Randy K., and Shenkar, Oded, Cultural Distance Asymmetry in Expatriate Adjustment, **Cross Cultural Management**, 14 (2), 2007, 150-160.

2.82   Luo, Yadong, and Shenkar, Oded, The Multinational Corporation as a Multilingual Community: Language and Organization in a Global Context. Lead article in the **Journal of International Business Studies**, 37 (3), 2006, 321-339. Reprinted in M.Y. Brannen and T. Mughan (eds.), **Language in International Business**. UK: Palgrave Macmillan, 59-92.

2.81   Shenkar, Oded, China's Economic Rise and the New Geopolitics, **International Journal**, 61 (2), 2006, 313-319 [Invited].

2.80   Gong, Yaping, Shenkar, Oded, Luo, Yadong and Nyaw, Mee-kau, Human Resources and International Joint Venture Performance: A System Perspective. Lead article in the

**Journal of International Business Studies**, 36 (5), 2005, 505-518, Number 1 SSRN downloads in its category.

2.79   Shenkar, Oded, China, Economics and FDI: Reflections on "Selling China" (a commentary), **Management and Organization Review,** 1 (2), 2005, 315-318.

2.78   Tan, Justin, Luo, Yadong, and Shenkar, Oded, Entrepreneurial strategies in a transitional economy: Chinese state and non-state enterprises compared and contrasted. **International Journal of Entrepreneurship and Innovation Management**, 5(5/6), 2005, 518-539, top ten SSRN downloads in its category.

2.77   Makhija, Mona, and Shenkar, Oded, The Role of National Context in the Metanational Perspective of International Strategy: A Commentary, **Advances in International Management**, 16 (2004), (Special Issue on Theories of the Multinational Enterprise: Diversity, Complexity and Relevance), 67-82.

2.76   Shenkar, Oded, One more time: International Business in a Global Economy. **Journal of International Business Studies**, 35 (2), 2004, 161-171.

2.75   Reuer, Jeff, Shenkar, Oded, and Ragozzino, Roberto, Mitigating Risk in International Mergers and Acquisitions: The Role of Contingent Payouts. Lead Article in the **Journal of International Business Studies**, 35, (1), 2004, 19-22.

2.74   Li, Jiatao, and Shenkar, Oded, Knowledge Search and Governance Choice: International Joint Ventures in the People's Republic of China, **Management International Review**, 43 (3), (Special Issue 2003), 91-109.

2.73   Ellis, Shmuel, Almor, Tamar and Shenkar, Oded, Structural Contingency Revisited: Toward a Dynamic System Model. **Emergence**, 4 (4), 2003, 51-85.

2.72   Xu, Dean, and Shenkar, Oded, Institutional Distance and the Multinational Enterprise, **Academy of Management Review**, 27 (4), 2002, 608-618.

2.71   Luo, Yadong, Shenkar, Oded, and Nyaw, Mee-Kau, Overcoming the Liability of Foreignness: Contracts versus Guanxi. **Journal of International Management**, 8 (October 2002), 283-300. Showcased as "Blending cultural business styles" in **Sloan Management Review** Intelligence section (Fall 2002), 12-13.

2.70    Peng, Mike W. and Shenkar, Oded, Joint Venture Dissolution as Corporate Divorce. The **Academy of Management Executive**, 16 (2), 2002, 92-105.

2.69   Shenkar, Oded, and Yan, Aimin, Failure as a Consequence of partner Politics: Learning from the Life and Death of an International Joint Venture. **Human Relations,** 55 (5), 2002, 565-601.

2.68   Gong, Yaping, Shenkar, Oded, Luo, Yadong, and Nyaw, Mee-Kau, Role Conflict and Role Ambiguity of International Joint Ventures' CEOs: A Transaction Cost Perspective. Lead article in the **Journal of Applied Psychology,** 86 (4), 2001, 1-10.

16

2.67    Shenkar, Oded, Cultural Distance Revisited: Towards a More Rigorous Conceptualization and
        Measurement of Cultural Differences. Lead article in the **Journal of International
        Business Studies**, 32 (3), 2001, 1-17.  Top ten all time citations in the Journal of
        International Business Studies. Reprinted as Decade Paper Award, **Journal of
        International Business Studies**, 43 (1), 1- 11, Lead Article, 2011; in Research Methods
        Series (IACMR; in Chinese), 2014; reprinted in B.J. Punnett and O. Shenkar, **Handbook
        for International Management Research**. Ann Arbor: University of Michigan Press,
        2004, second edition, 168-188.

2.66    Salk, Jane E., and Shenkar, Oded, Social Identity in an International joint Venture: An
        Exploratory Case Study. **Organization Science,** 32 (3), (March/April 2001), 161-178.

2.65    Yeheskel, Orly, Zeira, Yoram, Shenkar, Oded and Newburry, William, Parent-Company
        Dissimilarity and Equity international Joint Venture Effectiveness. Lead article in
        **Journal of International Management**, 7 (2), (Spring 2001), 81-104.

2.64    Yehezkel, Orly, Shenkar, Oded, Fiegenbaum, Avi and Cohen, Ezra, Cooperative Wealth
        Creation: Strategic Alliances in Israeli Medical Technology Ventures. **Academy of
        Management Executive** (Special Issue on Wealth Creation),15 (1), (February 2001), 16-
        24.

2.63    Luo, Yadong, Shenkar, Oded and Nyaw, Mee-Kau, A Dual Parent Perspective on Control and
        Performance in International Joint ventures: Lessons from a Developing Economy.
        **Journal of International Business Studies**, special Issue on "The Impact of Developing
        Economies and Economies in Transition on the Future of International Business", 32 (1),
        2001, 41-58.

2.62    Peng, Mike W., Lu, Yuan, Shenkar, Oded, and Wang, Denis, Treasures in the China house: A
        Review of Management and Organizational Research on Greater China. **Journal of
        Business Research**, 52 (2), 2001, 95-110 (Lead article in special issue on Doing
        Business in China).

2.61    Shenkar, Oded, On the Integration of Comparative and International Management: Comments on
        Child's Essay. **Advances in International Comparative Management**, 13, 2000, 107-
        112.

2.60    Shenkar, Oded, and Li, Jiatao, Skill possession and Search among Prospective Partners in
        International Cooperative Ventures.  **Organization Science**, 10 (2), 1999, 134-143.

2.59    Serapio, Manuel G. and Shenkar, Oded, Reflections on the Asian Crisis. **Management
        International Review** (Introduction to Special Issue), 1999, 3-12.

2.58    Luo, Yadong, Tan, J. Justin, and Shenkar, Oded, Strategic Responses to Competitive Pressure:
        The Case of Township and Village Enterprises in China.  **Asia Pacific Journal of
        Management** 15 (1998), 33-50.

17

Reprinted in Lane Kelley and Yadong Luo (Eds). **China 2000: Emerging business issues**. Thousand Oaks, CA: Sage, 1999, 3-23.

2.57    Shenkar, Oded, Ronen, Simcha, Sheffy, Arella, and Chow, Irene Hau-siu, The Role Structure of Chinese Managers, **Human Relations**, 51 (1), January 1998, 51-72.

2.56    Shenkar, Oded, and Yuchtman-Yaar, Ephraim: Reputation, Image, Prestige and Goodwill: An Interdisciplinary Approach to Organizational Standing. **Human Relations**, 50 (11), November 1997, 1361-1382.

2.55    Barkema, Harry, Shenkar, Oded, Vermeulen, Freek A.M. and Bell, John H.J. Working abroad, working with others: How firms learn to operate international joint ventures. **Academy of Management Journal** (Research Forum on Alliances and Networks), 40 (2), 1997, 426-442.  Reprinted in **International and Global Strategy** (T. Pedersen, editor).

Reprinted in Jeffrey Reuer (Editor), Strategic Alliances: Theory and Evidence. Oxford, UK: Oxford University Press, 2004.

2.54    Shenkar, Oded, The Firm as a Total Institution: Reflections on the Chinese State Enterprise. Lead article in **Organization Studies**, 17 (6), 1996, 885-907.

2.53    Barnard, Mark, and Shenkar, Oded. The Return of the Red Eye Disease: Wage Inequality in the People's Republic of China. **The Social Science Journal**, 34 (1), 1996, 57-70.

2.52    Weber, Yaakov, Shenkar, Oded, and Raveh, Adi. National versus Corporate Cultural Fit in Mergers and Acquisitions:  An Exploratory Study. **Management Science**, 42 (8), 1996, 1215-1227. Reprinted in J.A. Krug (ed.), Mergers and Acquisitions, Sage, 2008.

2.51    Ellis, Shmuel, and Shenkar, Oded.  Death of the "Organization Man":  Temporal Relations in Strategic Alliances. **The International Executive**, 38 (1), 1996, 537-553.

2.50    Shenkar, Oded, and Yuchtman-Yaar, Ephraim. Applying Non Parametric Methodology to the Study of Corporate Reputation. **Quality and Quantity**, 30, 1996, 371-388

2.49    Shenkar, Oded, Aranya, Nissim, and Almor, Tamar.  Construct Dimensions in the Contingency Model:  An Analysis Based on Metric and Non-Metric Multivariate Instruments. **Human Relations**, 48 (5), 1995, 559-580.

2.48    Globerson, Shlomo, Shalev, Iris, and Shenkar, Oded.  The Impact of Technological Change in Service Companies. **IEEE Transactions on Engineering Management**, August 1995

2.47    Thomas, Anisya, Shenkar, Oded, and Clarke, Linda.  The Globalization of Our Mental Maps:  25 Years of JIBS Coverage. Lead article in the anniversary issue of the **Journal of International Business Studies**, 25 (4), 1994, 675-686.

2.46    Tallman, Stephen B., and Shenkar, Oded. A Managerial Decision Model of International Cooperative Venture Formation.  **Journal of International Business Studies**, Vol. 25, No. 1, 1994, pp. 91-114. Reprinted in Paul W. Beamish  (Editor), **Strategic Alliances**.

Cheltenham, UK: Edward Elgar Press; and in Heidi Vernon-Wortzel & Lawrence Wortzel, **Strategic Management in a Global Economy**, 1996 (3rd Edition).

2.45    Shenkar, Oded, and von Glinow, Mary Ann.  Paradoxes of Organizational Theory and Research: Using the Case of China to Illustrate National Contingency.  **Management Science**, Special Issue on the Universality of Management Science, 40 (2), 1994, 56-71. Ranked among most cited articles on Chinese management in Tsui & Lau, 2002.

2.44    Shenkar, Oded.  Raising the Bamboo Screen:  International Management Research in the People's Republic of China. **International Studies of Management and Organization**, Special Issue on International Management Research, 1994, 9-34.

2.43    Shenkar, Oded, and Nyaw, Mee-kau. How to Run a Successful Joint Venture in China. **Advances in Chinese Industrial Studies, Vol. 4:  Joint Ventures in the People's Republic of China**, 4, 1994, 273-283.

2.42    Palia, Aspy, Shenkar, Oded, and Qiu, Mangmang. Joint Ventures in the PRC: The Countertrade and Foreign Exchange Dimensions. **Advances in Chinese Industrial Studies, Vol 4: Joint Ventures in the People's Republic of China**, 4, 1994, 255-271.

2.41    Bailey, Elaine K., and Shenkar, Oded.  Management Education for International Joint Venture Managers. **Leadership and Organization Development Journal**, 14 (3), 1993, 15-20.

2.40    Shenkar, Oded, and Tallman, Stephen.  Formation of International Joint Ventures: An organizational Perspective. **Advances in International Comparative Management**, July/August 1993, 101-117.

2.39    Shenkar, Oded and Zeira, Yoram. Role Conflict and Role Ambiguity of CEOs in International Joint Ventures. **Journal of International Business Studies**, 23 (1), 1992, 55-75.

        Reprinted in Paul W. Beamish (Editor), **Strategic Alliances**. Cheltenham, UK: Edward Elgar Press, 1998

2.38    Shenkar, Oded, Hattem, Ezer, and Globerson, Shlomo.  Cost Benefit Analysis of Quality Circles: A Case Study. **Human Systems Management**, 11 (1), 1992, 35-40.

2.37    Shenkar, Oded. Macro Variables and Technological Change: The Diffusion of Industrial Robots in Japan and the United States.  **Journal of High Technology Management Research**, 13 (2), 1992, 189-211.

2.36    Shenkar, Oded. The Robot Masters: How Japan Has Won the Race to the Robotized Work Place. **International Journal of Human Factors in Engineering**, 1 (2), 1991, 143-153.

2.35    Shenkar, Oded, and Zeira, Yoram. International Joint Ventures:  The Case of Israel. **Journal of Global Marketing**, Special Issue on International Joint Ventures, 5 (1-2),1991, 145-161.

2.34    Palia, Aspy, and Shenkar, Oded. Counting on Countertrade. **China Business Review**, 18 (2), 1991, 51-53.

2.33    Palia, Aspy, and Shenkar, Oded. Countertrade Practices in China. **Industrial Marketing Management**, 20, 1991, 57-85.

2.32    Bernard, Mark, and Shenkar, Oded.  Variations in the Economic Development of China's Provinces.  **Geo Journal**, 21 (1 & 2), 1990, 177-192.

2.31    Chow, Irene Hau-Siu, and Shenkar, Oded. Cong zhen zhi jia xu gu feng zhi kan zhong guo gong zi gai ge.  **Hong Kong Journal of Business Management**, 1990, 85-95 (in Chinese).

2.30    Shenkar, Oded. Management in China: Challenges and Obstacles. **International Studies of Management and Organization**, 30, (1990).

2.29    Shenkar, Oded, and Ronen, Simcha. Culture, Ideology or Economy: A Comparative Exploration of Work Goal Importance among Managers in Chinese Societies. **Advances in International Comparative Management**, 5, 1990, 117-134.

2.28    Shenkar, Oded.  International Joint Ventures' Problems in China:  Risks and Remedies.  **Long Range Planning**, April 1990, 82-90.

2.27    Tallman, Stephen, and Shenkar, Oded.  International Cooperative Ventures Strategies: Outward Investment and Small Firms from NICs.  **Management International Review**, 39, 1990, 299-315.

        Reprinted in **Management International Review**, 34 (2), 75-91 [special anniversary issue of landmark articles]; and in Henry W.C. Yeung (Editor), **The Globalization of Business Firms from Emerging Economies**. London: Edward Elgar, 1999.

2.26    Zeira, Yoram, and Shenkar, Oded.  Interactive and Specific Parent Characteristics: Implications for Management and Human Resources in International Joint Ventures.  **Management International Review**, Special Issue on Human Resource Management in International Joint Ventures, 1990, 7-22.

2.25    Shenkar, Oded, and Zeira, Yoram.  International Joint Ventures: A Tough Test for HR.  **Personnel**, 66 (1), 1990, 26-31.

2.24    Shenkar, Oded.  Managing in a Robotic Age.  **Human Systems Management**,  9 (2), 1990, 107-114.

2.23    Shenkar, Oded.  Japanology in Organizational Sciences:  The Myth and Its Dangers. **Human Systems Management**,  1990 (1), 47-49 (A Comment).

2.22    Chow, Irene, and Shenkar, Oded.  HR Practices in the People's Republic of China. **Personnel**, 66 (12), 1989, 41-47.

2.21    Shenkar, Oded, and Chow, Irene Hau-Siu.  From Political Praise to Stock Options: Reforming Compensation Systems in the People's Republic of China.  **Human Resource Management**, 28 (1), 1989, 65-85.

20

2.20    Shenkar, Oded.  Rejoinder to Clegg and Higgins:  Better Expert than Orthodox. **Organization Studies**, 10 (3), 1989, 423-424.

2.19    Shenkar, Oded. The Chinese Case and the Radical School in Organizational Studies. **Organization Studies**, 10 (1), 1989, 117-122.

2.18    Shenkar, Oded.  Blue, White and Steel Collar:  A Case Study of Robot Introduction. **New Technology, Work and Employment**, 3 (2), 1988, 66-73.

2.17    Shenkar, Oded.  Robotics: A Challenge for Occupational Psychology.  **The Journal of Occupational Psychology**, January 1988, 103-112.

2.16    Ronen, Simcha, and Shenkar, Oded.  Establishing MNC Regional Divisions on the Basis of Employee Attitudes. **Personnel**, 65 (8), 1988, 32-38.

2.15    Ronen, Simcha, and Shenkar, Oded.  Clustering Variables: The Application of Non Metric Multivariate Analysis Techniques in Comparative Management Research. **International Studies of Management and Organization**, 28 (3), 1988, 72-78.

2.14    Shenkar, Oded, and Ronen, Simcha.  The Structure and Importance of Work Goals among Managers in the People's Republic of China.  **Academy of Management Journal**, 30 (3), 564-576. Ranked 12th among most cited articles on Chinese management in Tsui & Lau, 2002.

2.13    Shenkar, Oded, and Ronen, Simcha.  The Cultural Context of Negotiation:  The Implications of Chinese Interpersonal Norms.  **The Journal of Applied Behavioral Science**, 23 (2), 1987, 263-275.

2.12    Shenkar, Oded, and Zeira, Yoram. International Joint Ventures:  Implications for Organizational Development. **Personnel Review**, 16 (1), 1987, 30-37.

2.11    Shenkar, Oded, and Zeira, Yoram. Human Resources Management in International Joint Ventures:  Directions for Research. **Academy of Management Review**, 12 (3), 1987, 546-557.  Reprinted in a number of management textbooks.

2.10    Shenkar, Oded. Uncovering Some Paths in the Japanese Management Theory Jungle. **Human Systems Management**, 7 (3), 1987, 221-230.

2.9    Shenkar, Oded. Perceptions of Bank Branch Employees on Computerization. **International Journal of Bank Marketing**, Special Issue on the Impact of Technological Change in Banking, 5 (4), 1987, 43-58.

2.8    Yuchtman-Yaar, Ephraim, and Shenkar, Oded.  The Meaning of Industrial Prestige: Some Evidence from Banking and Insurance.  **Quality and Quantity**, 21, 1987, 409-423.

2.7    Shenkar, Oded, and Yuchtman-Yaar, Ephraim. The Image of Israeli Banking. **International Journal of Bank Marketing**, 4 (2), 1986, 69-80.

2.6     Ronen, Simcha, and Shenkar, Oded.  Organizational Studies: The Merits of the Blunt Approach. **Academy of Management Review**, 11 (4), 1986, 860-863.

2.5     Ronen, Simcha, and Shenkar, Oded.  Clustering Countries on Attitudinal Dimensions:  A Review and Synthesis. **Academy of Management Review**, 10 (3), 1985, 435-454.  [Excerpts reprinted in over twenty textbooks].

2.4     Vitner, Gad, and Shenkar, Oded.  Motivational Implications of Different Robot Types. **International Journal of Operations and Production Management**, 5 (2), 1985, 50-57.

2.3     Shenkar, Oded. Organizational Coordination and Motivation According to Confucius and the Human Relations School:  A Comparison. **The Chinese Journal of Administration**, 38 (February 1985), 1-8.

2.2     Shenkar, Oded. Is Bureaucracy Inevitable: The Chinese Experience. Lead article in **Organization Studies**, 5 (4), 1984, 289-306.

2.1     Shenkar, Oded. The Cultural Revolution against the Chinese Bureaucracy: An Ideological-Structural Analysis.  Lead article in **Asian Profile**, 11 (4), 1983, 323-338.


**3.      BOOK CHAPTERS**

3.20    Morris, Shad, Shenkar, Oded, and Mackey, Alison, Managing across organizational boundaries: The new employment relationship and its human resource implications. In Adrian Wilkinson, Nicholas Bacon, David Lepak, and Scott Snell (eds.), **The Sage Handbook of Human Resource Management**, pp.110-120

3.19    Shenkar, Oded, Culture and cross-Border alliances: Unholy matrimony. In Farok Contractor and Jeffrey Reuer (eds.), **Frontiers of Strategic Alliance Research: Negotiating, Structuring and Governing Partnerships.** Cambridge, UK: Cambridge University Press, 2019, 411-420

3.18    Zhong, Bijuan, Goldsmith, Emily, and Shenkar, Oded, Cross-border alliance behavior by mid-size firms, in T.K. Das, **Strategic alliances for SME development**, 2015

3.17    Shenkar, Oded, and Reuer, Jeffrey, The Alliance Puzzle: Known Terrain, Black Boxes, and the Road Ahead, **Handbook of Strategic Alliances**. Thousand Oaks, CA: Sage Publications, 2005

3.16    Shenkar, O., Organization Behavior East and West. Opening chapter in Leung, Kwok & Tsjovold, Dean, **Handbook of Asian Management Research**. Boston: Kluwer, 2004, 295-313

3.15    Punnett, B.J., and Shenkar, Oded, International Management Research at the Dawn of the Twenty First Century. In Punnett, B.J. and Shenkar, Oded, **Handbook for International Management Research** (second edition). Ann Arbor, MI: The University of Michigan Press, 2004, 477-498.

3.14    Luo, Yadong, Shenkar, Oded and Park, Namgyoo K. Contract completeness in international joint ventures. In Farok J. Contractor and Peter Lorange, **Cooperative strategies and alliances: What we know 15 years later**, 2002

3.13    Luo, Yadong, Tan, Justin J., and Shenkar, Oded. Township and village enterprises. In China. Lead chapter in Lane Kelley and Yadong Luo (Editors), **China 2000: Emerging business issues. Thousand Oaks**, CA: Sage International Business Series, 1999.

3.12    Li, Jiatao, and Shenkar, Oded, The perspectives of local partners: Strategic objectives and structure preferences in international cooperative ventures in China, In Paul W. Beamish and Peter Killing (Editors), **Cooperative Strategies: Asian Perspectives**. The New Lexington Press, 1997.

3.11    Punnett, Betty Jane, and Shenkar, Oded.  Ethics in International Management Research: A Contingency Approach.  In B.J. Punnett and Oded Shenkar (Editors), **Handbook of International Management Research**. Oxford, UK: Blackwell, 1996, pp. 145-154.

3.10    Li, Jiatao, and Shenkar, Oded.  In Search of Complimentary Assets:  Comparative Strategies and Knowledge Seeking by Prospective Chinese Partners.  In J. Child and Lu Yuan (Editors), **Management Issues for China in the 1990s - International Enterprises**. London, U.K.: Routledge, 1996, pp. 52-65.

3.9    Shenkar, Oded, and Nyaw, Mee-kau.  Yin and Yang:  The Interplay of Human Resources in Chinese-Foreign Ventures.  In Oded Shenkar (Editor), **Global Perspective of Human Resource Management**. New York:  Prentice Hall, 1995, pp. 273-292.

3.8    Shenkar, Oded.  Japanese Management:  Lessons for Israel.  In A. Shenkar and A. Yarkoni, (Editors), **Culture and Management Style in Israel**, Tel-Aviv, Israel. 1994, pp.195-211 (in Hebrew).

3.7    Shenkar, Oded.  The People's Republic of China.  In Richard P. Peterson (Editor), **Managerial Behavior from an International Perspective**. Quorum Books, 1993, pp 348-376.

3.6    Palia, Aspy, and Shenkar, Oded.  Countertrade in China.  In Lane Kelley and Oded Shenkar (Editors), **International Business in China**. London: Routledge, 1993, pp 137-151.

3.5    Shenkar, Oded. Chinese Management: Reforms and Obstacles. In Oded Shenkar (Editor), **Management in China**. New York: M.E. Sharpe, 1991, pp 1-6.

3.4    Shenkar, Oded.  Robot Diffusion in Industrial Nations: A Framework for Analysis.  In V. Karwoski and M. Rahimi (Editors), **Ergonomics of Advanced Manufacturing and Hybrid Automated Systems** (II). Amsterdam: Elsevier Science Publishers B.V. (North Holland), 1990. (Also presented at the Second International Conference on Human

Aspects of Advanced Manufacturing and Hybrid Automation, Honolulu, Hawaii, August, 1990).

3.3     Shenkar, Oded, Hattem, Ezer, and Globerson, Shlomo.  Quality Circles and Job Design: An Empirical Examination.  In Kazuo Shibagaki, Malcolm Trevor and Tetsuo Abo (Editors), **Japanese and European Management: Their International Adaptability**. Tokyo, Japan: University of Tokyo Press, 1989, pp. 57-72.

3.2     Shenkar, Oded, and Richter, Judith.  On Robot and Spouses: Social Interaction in and out of the Robotized Workplace.  In D. Millin and B.H. Raab (Editors),  **The Social implications of Robotics and Advanced Industrial Automation.** Amsterdam: Elsevier Science Publishers B.V. (North Holland), 1989, pp. 163-171.

3.1     Shenkar, Oded. Just in Time vs. Just-in-Case: An Information Processing Approach In R. Blumenthal (Editor), Japanese Management at Home and Abroad. Beer-Sheba, Israel: Ben Gurion University Press, 1988, pp. 117-134 (an earlier version was presented at the Conference on Japanese Management Practices and their Transferability to other Countries, Beer-Sheba, Israel, 1986).


4.      **BOOK REVIEWS**

4.8     Shenkar, Oded, a review of "Developing China: the Remarkable Impact of Foreign Direct Investment", by Michael J. Enright. **Transnational Corporations**, forthcoming.

4.7     Shenkar, Oded, a review of "Managing Network Resources:  Alliances, Affiliations, and Relational Assets" by Ranjay Gulati.  **American Journal of Sociology**, 113, 3, 2007, 888-890.

4.6     Shenkar, Oded, a review of "Multinational Corporations in China: Benefiting from Structural Transformation", by Yadong Luo, Copenhagen Business School Press, 2000. **Transnational Corporations**, 10, 1, 2001, pp. 146-147.

4.5     Shenkar, Oded, a review of "Management in China: The Experience of Foreign Businesses", edited by Roger Strange, Frank Cass, 1998. **The China Journal**, No. 42, July 1999, pp. 139-140.

4.4     Shenkar, Oded, a review of "Business Decision-Making in China", edited by Huang Quanyu, Joseph Leonard and Chen Tong, International Business Press, 1997. **The China Journal**, No.42, July 1999, pp. 135-137.

4.3     Shenkar, Oded, a review of "The Chinese Staff System: A Mechanism for Bureaucratic Control and Integration" by Wei Li, Center for Chinese Studies (China Research Monograph Series), 1994. **China Review International** (forthcoming).

4.2     Shenkar, Oded, a review of "Management in China During the Age of Reform", by John Child, Cambridge University Press, 1994.  **Academy of Management Review**, 1996, pp. 568-571.

4.1     Shenkar, Oded, a review of "Expanding Sino-American Business and Trade", edited by Dennis A. Rondinelli. **China Review International**, Vol. 2, No. 2, 1995, pp. 542-544.

**CASE STUDIES**

5.1     Fan, Libo, Zhou, Yingchao, and Shenkar, Oded, **Nestle and Totole: Ownership and Control of a Foreign Invested Enterprise in China**, Ivey School case studies, 2016.

+Please note: Published conference proceedings and conference presentations are not listed in this document, nor are presentations to companies, government agencies, and the like.