# United States Court of Appeals
## For the First Circuit

No. 24-1350

DAHUA TECHNOLOGY USA, INC.,

Plaintiff, Appellant,

v.

FENG ZHANG,

Defendant, Appellee.

**JUDGMENT**

Entered: May 12, 2025

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is vacated in part and affirmed in part, and the matter is remanded for further proceedings consistent with the opinion issued this day.  No costs are awarded.

By the Court:

Anastasia Dubrovsky, Clerk

cc:  Hon. Indira Talwani, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Daniel Edward Rosenfeld, Daryl J. Lapp, Erika Todd, Daron L. Janis, Ryan Rosenblatt, Philip J. Gordon, Benjamin Flam, Jeffrey M. Lipshaw